UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF QUALCOMM INCORPORATED,<br><br>Applicant. | Case No. 5:16-mc-80007-PSG<br><br>**ORDER GRANTING LEAVE TO FILE OPPOSITION**<br><br>**(Re: Docket No. 15)** |

Qualcomm Incorporated seeks permission to take discovery from Texas Instruments Incorporated under 28 U.S.C. § 1782.[1] TI states its intent to file an opposition to Qualcomm's application.[2] Leave is GRANTED to file an opposition brief, no later than February 1, 2016.

**SO ORDERED.**

Dated: January 26, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 15.

Case No. 5:16-mc-80007-PSG
ORDER GRANTING LEAVE TO FILE OPPOSITION

1